## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
U.S. District Court for the District of New Jersey

LISA MARQUEZ

                      Plaintiff,

v.                                         Case No.: 1:20−cv−14631−JHR−AMD

                                               Judge Joseph H. Rodriguez

CHEF VOLA, INC., et al.

                      Defendant.

## ORDER OF DISMISSAL

      This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty−day time period having passed without the Court having received the necessary papers;

      **IT IS** on this 8th day of March, 2023,

      **ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

      **ORDERED** that this matter be, and the same hereby is, DISMISSED WITH PREJUDICE, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).


                                        /s/ Joseph H. Rodriguez
                                        _____
                                        JOSEPH H. RODRIGUEZ United States District Judge